UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :     INFORMATION

        - v. -            :     08 Cr. 346

GEORGE CINTRON,                :     Judge Karas
    a/k/a "King Hannibal,"

             Defendant.    :

- - - - - - - - - - - - - - - - x

**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## COUNT ONE

The United States Attorney charges:

1. On or about July 18, 2005, in the Southern District of New York, GEORGE CINTRON, a/k/a "King Hannibal," the defendant, unlawfully, willfully and knowingly did receive and possess a firearm, specifically a destructive device, as defined in Title 26 United States Code, Section 5845, which was not registered to him in the National Firearms Registration and Transfer Record, to wit, the defendant possessed and sold a pipe bomb.

(Title 26, United States Code, Section 5861(d).)

_____
MICHAEL J. GARCIA
United States Attorney