# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA         :

v.                               :

                                                  08 Cr. 346

GEORGE CINTRON,
    a/k/a "King Hannibal,"                 Judge Karas

                 **Defendant.**     :

---------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

GEORGE CINTRON, a/k/a "King Hannibal," the above-named defendant, who is accused of violating Title 26, United States Code, Section 5861(d), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                _George Cintron_
                                                Defendant

                                                _Michael K. Bachner_
                                                Counsel for Defendant

Date:   White Plains, New York
          April 23, 2008