



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 23, 2008

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    <u>United States v. George Cintron, a/k/a "King Hannibal," 08 Cr. 346 (KMK)</u>

Dear Judge :

      As discussed with Your Honor's Deputy, the initial conference before Your Honor the above-referenced matter has been re-scheduled from April 29, 2008, to May 2, 2008, at 3:30 p.m. at the request of counsel for the defendant.

      The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between April 29, 2008, to May 2, 2008 in the interest of justice. The Government makes this request with the consent of counsel for the defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Anna Skotko*
Anna M. Skotko
Assistant United States Attorney
(914) 993-1939   *Granted*

cc:    Michael Burke, Esq. (By Fax)

SO ORDERED

*/s/ Kenneth M. Karas*
KENNETH M. KARAS U.S.D.J.